Lily Dale Assembly v Reuther (2024 NY Slip Op 06451)

Lily Dale Assembly v Reuther

2024 NY Slip Op 06451

Decided on December 20, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 20, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., BANNISTER, MONTOUR, GREENWOOD, AND KEANE, JJ.

769 CA 24-00284

[*1]LILY DALE ASSEMBLY, PLAINTIFF-APPELLANT,
v
ROBERT REUTHER AND DANIELLE REUTHER, DEFENDANTS-RESPONDENTS. 

BARCLAY DAMON LLP, BUFFALO (MICHAEL E. FERDMAN OF COUNSEL), FOR PLAINTIFF-APPELLANT. 
ROBERT REUTHER, DEFENDANT-RESPONDENT PRO SE. 
DANIELLE REUTHER, DEFENDANT-RESPONDENT PRO SE. 

 Appeal from an order of the Supreme Court, Chautauqua County (Grace Marie Hanlon, J.), entered November 15, 2023. The order denied the motion of plaintiff for summary judgment. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorney for plaintiff-appellant and by defendant-respondent Robert Reuther on December 3, 2024,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: December 20, 2024
Ann Dillon Flynn
Clerk of the Court